Date: 03/15/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2024 Dated 03/15/10

Case Number 08-35750 - SHAFFER, ERIC TODD

Page:

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ACCOUNTS RECEIVABLE CONTROL INC<br>110 EAST WALNUT STREET<br>MANKATO MN 56001-3655<br>472419 | 000003 | 343.23 | 3.07 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>3113 | 000004 | 188.94 | 1.69 |
| NATIONAL CARPET EQUIPMENT INC<br>9250 XYLON AVENUE NORTH<br>MINNEAPOLIS, MN 55445<br>1199 | 000005 | 262.71 | 2.35 |
| WORKAMAJIG<br>721 AUTH AVENUE<br>OAKHURST, NJ 07755 | 000013 | 440.00 | 3.94 |
| ----------- Remittance Total --------------- | | 1,234.88 | 11.05 |

MICHAEL J. IANNACONE, Trustee

1913

RECEIVED 10 MAR 17 AM 8:56 US BANKRUPTCY COURT ST PAUL MN

COURT1

Printed: 03/15/10 04:29 PM   Ver: 15.06b