MN-305
(10/00)

*192289*

*rung 1-6-11*
*GG*

# UNITED STATES BANKRUPTCY COURT
## MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: SHAFFER, ERIC TODD

Chapter 7 Case No. 08-35750-GFK

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

*RECEIVED 11 JAN -6 AM 9:34 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| HENIFF FIELLD SERVICES<br>4709 STATE HIGHWAY 121<br>#132 MB 123<br>THE COLONY TX 75056 | 17 | $1,184.62 | $10.59 |

Date: January 5, 2011

_____
Michael J. Iannacone, TRUSTEE